Elsa M. Olesen, Appellant, v. The Trust Company of Chicago, A. Kamenjarin and LaFayette Fisher, Appellees.

Gen. No. 46,449.

First District, First Division.

January 31, 1955.

Released for publication February 23, 1955.

Laurence M. Fine, Erich E. Pacyna, and David B. Perley, for appellant; Hoffman & Davis, and Samuel R. Hassen, for certain appellee; Maurice L. Davis, of counsel; Branko M. Steiner, for certain other appellee. Opinion by PRESIDING JUSTICE BURKE. **Not to be published in full.**